## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEMAURY HAYWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-1075-J |
| FNU WALKER, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Plaintiff, a federal pre-trial detainee appearing pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On January 23, 2025, Judge Green issued a Report and Recommendation recommending that Plaintiff's Claims II and III, as well as Claim I to the extent that it is alleged against Defendant Sanders in his official capacity, be dismissed. [Doc. No. 17]. Plaintiff was advised of his right to object to the Report and Recommendation by February 13, 2025. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 17] and DISMISSES Plaintiff's Claims II and III, as well as Claim I to the extent that it is alleged against Defendant Sanders in his official capacity.

IT IS SO ORDERED this 28th day of February, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE