# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEMAURY HAYWOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FNU WALKER, et al., )<br>)<br>Defendants. ) | Case No. CIV-24-1075-J |

## ORDER

Plaintiff, a federal pre-trial detainee appearing pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On June 12, 2025, Judge Maxfield issued a Report and Recommendation recommending the Court dismiss Plaintiff's case without prejudice to re-filing based upon his failure to submit the paperwork necessary for service in accordance with the Court's order. [Doc. No. 22]. Plaintiff was advised of his right to object to the Report and Recommendation by July 3, 2025. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 22] and DISMISSES this case without prejudice to re-filing.

IT IS SO ORDERED this 18th day of July, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE